Eric GREGG, Appellant,

v.

NATIONAL LEAGUE OF PROFES-
SIONAL BASEBALL CLUBS; Leon-
ard S. Coleman, Jr.; Major League
Baseball Commissioner's Office.

No. 02–1902.

United States Court of Appeals,
Third Circuit.

Argued Jan. 23, 2003.

Decided Feb. 7, 2003.

Alice W. Ballard, (Argued), Law Office
of Alice W. Ballard, Philadelphia, PA, for
Appellant.

Steven R. Wall, (Argued), Morgan, Lew-
is & Bockius, Philadelphia, PA, for Appel-
lee.

Before NYGAARD, AMBRO, and
LOURIE,* Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

Appellant, Eric Gregg, appeals from an
order of the District Court which granted
summary judgment in favor of the Nation-
al League of Professional Baseball Clubs,
Leonard S. Coleman, and Major League
Baseball Commissioner's Office. Appel-
lant alleges as error the issue listed in
paragraph I, taken verbatim from his

brief. Because we conclude that the Dis-
trict Court did not err, we will affirm.

I.

The allegation of error asserted by ap-
pellant is as follows:

Did the District Court err when it dis-
missed Mr. Gregg's claim of disability
discrimination on summary judgment on
the ground that he was not protected by
the PHRA?

II.

The facts and procedural history of this
case are well known to the parties and the
court, and it is not necessary that we
restate them here. The court has heard
oral argument on the issue presented to us
in this appeal. The reasons why we write
an opinion of the court are threefold: to
instruct the District Court, to educate and
inform the attorneys and parties, and to
explain our decision. We use a not-prece-
dential opinion in cases such as this, in
which a precedential opinion is rendered
unnecessary because the opinion has no
institutional or precedential value. *See*
United States Court of Appeals for the
Third Circuit, Internal Operating Proce-
dure (I.O.P.) 5.3. Under the usual circum-
stances when we affirm by not-prece-
dential opinion and judgment, we briefly
set forth the reasons supporting the
court's decision. In this case, however, we
have concluded that neither a full memo-
randum explanation nor a precedential
opinion is indicated because of the very
extensive and thorough opinion filed by
Judge John P. Fullam of the District
Court. Judge Fullam's opinion adequately
explains and fully supports its order and
refutes the appellant's allegations of error.

* Honorable Alan D. Lourie, Circuit Judge for
the United States Court of Appeals for the

Federal Circuit, sitting by designation.

Hence, we believe it wholly unnecessary to further opine, or offer additional explanations and reasons to those given by the District Court, why we will affirm. It is a sufficient explanation to say that, essentially for the reasons given by the District Court in its opinion dated the 13th day of March, 2002, we will affirm.

### III.

In sum, for the foregoing reasons, we will affirm the order of the District Court dated the day of March 13, 2002.